**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR 106-139** |
| | ) | **CR 107-076** |
| **TERRY CARTER, JR.** | ) | |
| | ) | |

**MOTION TO SEAL EXHIBIT C TO
GOVERNMENT'S RESPONSE TO CARTER'S
MOTION FOR COMPASSIONATE RELEASE**

The United States is filing its response to Terry Carter's motion for compassionate release today, January 4, 2022. That response references four exhibits: Exhibit C includes the defendant's health records from the Bureau of Prisons. Given the sensitive nature of the information in the attachment, the Government asks this Court to enter an order sealing Exhibit C, thereby restricting access to the parties and the Court.  Upon issuing the order, the Government will file the referenced exhibit under seal.

Respectfully submitted this January 4, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Channell V. Singh*
Channell V. Singh
Assistant United States Attorney
Georgia Bar No. 216540
*channell.singh@usdoj.gov*

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in

accordance with the notice of electronic filing ("NEF") that was generated as a result of

electronic filing in this Court. Additionally, a copy has been mailed to:

Terry Carter, Jr., Reg. No. 63891-053
FCI Fort Dix
Federal Correctional Institution
Inmate Legal Mail
P.O. Box 2000
Joint Base MDL, NJ  08640

This January 4, 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ **Channell V. Singh***
Channell V. Singh
Assistant United States Attorney
Georgia Bar No. 216540
*channell.singh@usdoj.gov*

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422